## Hausenfrats *ads.* Graves.

*M*OTION on the part of defendant, to fet afide a default on affidavit, ftating that the declaration was filed the 28th of January, and ferved by being put up in the clerk's office ; that the default was entered on the 19th of February, at the expiration of the twenty-day Rule, no attorney having been then employed.

It was now contended, that as no attorney was

O

employed by the defendant, the declaration fhould have been put up in the office forty days before default entered, according to the 8th Rule of January Term, 1799.

*Per Curiam.* The Rule cited only applies to a cafe where an attorney is employed for defendant, but neither lives in town or has an agent there.

The defendant muſt take nothing by his motion.